IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-10895
Summary Calendar

_____

HARRY B. LUCAS CO.,

Plaintiff-Appellant,

versus

GRAND DALLAS WAREHOUSE LLC,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:01-CV-938-M
--------------------
January 28, 2003

Before BARKSDALE, DEMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Harry B. Lucas Company, the plaintiff-appellant, appeals from a summary judgment in

favor of Grand Dallas Warehouse LLC, defendant-appellee. Appellant makes various claims

attacking the judgment of the district court, which held that because the defendant did not

specifically assume the commission agreement at issue as required by the Texas Real Estate

License Act, plaintiff could not continue to recover his commission. Appellant also attacks the

district court's finding that the defendant is not liable under a theory of equitable estoppel.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our review of the record, the applicable law and the issues raised on appeal lead us to the inescapable conclusion that the district court correctly interpreted the Texas Real Estate License Act, correctly granted summary judgment for the defendant and denied plaintiff relief. The judgment of the district court is affirmed for the reasons stated by District Judge Barbara M. G. Lynn in the order dated July 9, 2002 and the order denying motion for reconsideration dated August 5, 2002.

AFFIRMED